Lazona Gale SPEARS, Plaintiff—
Appellant,

v.

BETSY JOHNSON HEALTH CARE SYSTEMS, INCORPORATED; Donna Wimberly, individually and in her official capacity as Director of Nursing; Bette Matney, individually and in her official capacity as Human Resources Manager; Dennis J. Coffey, individually and in his official capacity as Vice–President of Finance; Shannon Brown, individually and in his official capacity as Administrator, Defendants—Appellees,

and

Joseph Clay Potter, in his capacity as Operating Room Manager, Defendant.

No. 05–1544.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 4, 2005.

Decided Dec. 29, 2005.

Lazona Gale Spears, Appellant Pro Se. Benjamin Norman Thompson, L. Diane Tindall, Mary M. Williams, Wyrick, Robbins, Yates & Ponton, Raleigh, North Carolina, for Appellees.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lazona Gale Spears appeals the district court's orders granting Defendants' motion for summary judgment and dismissing her civil action alleging claims arising from her employment, and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Spears v. Betsy Johnson Health Care Sys., Inc.*, No. CA–01–962–5–BO (E.D.N.C. Feb. 3 & Apr. 11, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*